UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SECURITIES & EXCHANGE COMMISSION,**

Plaintiff,

-vs-                                    Case No. 6:09-cv-102-Orl-28KRS

**BARRIERMED, INC., BARRIERMED GLOVE, CO., VICTOR J. RAGUCCI,**

Defendants.

___

## ORDER

This case is before the Court on Plaintiff's Renewed Motion for Default Judgment against Defendants BarrierMed, Inc. and BarrierMed Glove Co. (Doc. No. 42) filed August 4, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's objection which objects only to the recommendation that this case be closed (Doc. No. 44), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.  That the Report and Recommendation filed September 24, 2010 (Doc. No. 43) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.  Plaintiff's Renewed Motion for Default Judgment Against Defendants BarrierMed, Inc. and BarrierMed Glove Co. (Doc. 42) is **GRANTED**.

3. The injunctive relief requested will be entered by separate order filed contemporaneously herewith.

4. The claims for disgorgement and civil penalties by Plaintiff against Defendants BarrierMed, Inc. and BarrierMed Glove Co. are **DISMISSED.**

5. This case shall remain open as to the claims of Plaintiff against Defendant Victor Ragucci for disgorgement and civil penalty.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __13__ day of October, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party